IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA, | ) | COURT MINUTES - CRIMINAL |
|---|---|---|
| | ) | BEFORE: Hildy Bowbeer |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 16-mj-570 BRT |
| | ) | Date: August 25, 2016 |
| Keith Deshawn Curtis, | ) | Courthouse: St. Paul |
| Defendant, | ) | Courtroom: 6B |
| | ) | Time Commenced: 1:31 p.m. |
| | | Time Concluded: 2:07 p.m. |
| | | Time in Court: 38 minutes |

✖ **PRELIMINARY/DETENTION HRG**
Time in Court Prelim/Det: 3 minutes/35minutes

APPEARANCES:

Plaintiff: Melinda Williams, Assistant U.S. Attorney
Defendant: James Becker, Assistant Federal Public Defender
✖ FPD

On        ✖ Complaint

✖ Deft Ordered Detained - Govt to submit proposed order.

✖ Probable cause found. Deft bound over to District Court of Minnesota

Additional Information:

Defendant waived preliminary hearing.

s/Janet Midtbo
Signature of Courtroom Deputy